ORIGINAL FILED

07 DEC -3 PM 3:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  LAURA M. FRANZE (SBN 250316)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  1700 Pacific Avenue, Suite 4100
   Dallas, Texas 75201
3  Telephone:  214-969-2800
   Facsimile:  214-969-4343
4  E-Mail:     lfranze@akingump.com

5  KALIA C. PETMECKY (SBN 194094)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
6  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
7  Telephone:  310-229-1000
   Facsimile:  310-229-1001
8  E-Mail:     kpetmecky@akingump.com

9  Attorneys for Defendant
   Eddie Bauer, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL D. SCHERER, an individual, on behalf of herself individually, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>EDDIE BAUER, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. '07 CV 2270 JM (AJB)<br><br>**DEFENDANT EDDIE BAUER, INC'S NOTICE OF RELATED CASES PURSUANT TO U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULE 40.1(e) AND (f)**<br><br>(San Diego Superior Court Case No. 37-2007-00075523-CU-OE-CTL) |

6172205

NOTICE OF RELATED CASES

1  NOTICE IS HEREBY GIVEN THAT, pursuant to United States District Court, Southern District of California Local Rule 40.1(e) and (f), Defendant Eddie Bauer, Inc., is aware of the case captioned *Tara Hill v. Eddie bauer, Inc.,* Case No. CV06-5224 GW (RCx), currently pending in the U.S. District Court, Central District of California, that may be related to the above-captioned case, because it (1) involves some of the same parties and is based on the same or similar claims to the ones asserted in this action, (2) involves the same property, transaction, or event, or (3) involves substantially the same facts and the same questions of law: *Tara Hill v. Eddie bauer, Inc.,* Case No. CV06-5224 GW (RCx).

Moreover, it is Eddie Bauer's position, that *In Re Spiegel, Inc. et al.,* Case No. 03-11540 (BRL), pending in the United States Bankruptcy Court, Southern District of New York, may impact the wage claims asserted in the instant case.

Dated: December 3, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
Lara M. Franze
Kalia C. Petmecky

By _____
Kalia C. Petmecky
Attorneys for
Defendant Eddie Bauer, Inc.