ORIGINAL FILED

'07 DEC -3 PM 3: 02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____ DEPUTY

1 LAURA M. FRANZE (SBN 250316)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2 1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
3 Telephone:   214-969-2800
Facsimile:    214-969-4343
4 E-Mail:      lfranze@akingump.com

5 KALIA C. PETMECKY (SBN 194094)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
6 2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
7 Telephone:   310-229-1000
Facsimile:    310-229-1001
8 E-Mail:      kpetmecky@akingump.com

9 Attorneys for Defendant
Eddie Bauer, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL D. SCHERER, an individual, on behalf of herself individually, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>EDDIE BAUER, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. '07CV 2270 JM (AJB)<br><br>**DEFENDANT EDDIE BAUER, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULE 40.2**<br><br>(San Diego Superior Court Case No. 37-2007-00075523-CU-OE-CTL) |

6172207

NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to U.S. District Court, Southern District of California Local Rule 40.2, defendant Eddie Bauer, Inc. submits this Notice of Party with Financial Interest certifying that the following listed parties have a direct pecuniary interest in the outcome of this case:

1. Defendant, Eddie Bauer, Inc.
2. Plaintiff, Kristal D. Scherer.

Dated: December 3, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
Lara M. Franze
Kalia C. Petmecky

By _____
Kalia C. Petmecky
Attorneys for
Defendant Eddie Bauer, Inc.