ORIGINAL FILED

07 DEC -3 PM 3:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  LAURA M. FRANZE (SBN 250316)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  1700 Pacific Avenue, Suite 4100
   Dallas, Texas 75201
3  Telephone:    214.969.2800
   Facsimile:    214.969.4343
4  E-mail:       lfranze@akingump.com

5  KALIA C. PETMECKY (SBN 194094)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
6  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
7  Telephone:    310-229-1000
   Facsimile:    310-229-1001
8  E-mail:       kpetmecky@akingump.com

9  Attorneys for Defendant
   Eddie Bauer, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL D. SCHERER, an individual, on behalf of herself individually, all others similarly situated, and on behalf of the general pubic,<br><br>Plaintiffs,<br><br>v.<br><br>EDDIE BAUER, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. '07 CV 2270 JM (AJB)<br><br>**PROOF OF SERVICE** |

6172195

PROOF OF SERVICE

# PROOF OF SERVICE--STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On December 3, 2007, I served the following document described as:

1. **DEFENDANT EDDIE BAUER, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § § 1332(D)(2), 1441, 1446 AND 1453;**

2. **DECLARATION OF KALIA C. PETMECKY IN SUPPORT OF DEFENDANT EDDIE BAUER, INC.'S NOTICE OF REMOVAL OF ACTION;**

3. **DECLARATION OF DIANE KOVACS IN SUPPORT OF DEFENDANT EDDIE BAUER, INC.'S NOTICE OF REMOVAL OF ACTION;**

4. **DEFENDANT EDDIE BAUER, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULE 40.2;**

5. **DEFENDANT EDDIE BAUER, INC'S NOTICE OF RELATED CASES PURSUANT TO U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULE 40.1(e) AND (f);**

6. **DEFENDANT EDDIE BAUER, INC.'S CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL OF ACTION; AND**

7. **CIVIL COVER SHEET.**

on the interested party(ies) below, using the following means:

Sheldon A. Ostroff, APC
Law Offices of Sheldon A. Ostroff
1441 State Street
San Diego, California 92101
Telephone:    619.544.0881

*Attorneys for Kristal D. Scherer*

James C. Kostas, APC
David Huffman, APC
Huffman & Kostas
A Partnership of Professional Corporations
1441 State Street
San Diego, California 92101
Telephone:    619.544.0880

*Attorneys for Kristal D. Scherer*

☒ BY MESSENGER SERVICE   I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 3, 2007 at Los Angeles, California.

Irma Edwards                                    */s/ Irma Edwards*
[Print Name of Person Executing Proof]          [Signature]

6172195

1
PROOF OF SERVICE