LAURA M. FRANZE (SBN 250316)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:    214-969-2800
Facsimile:    214-969-4343
E-Mail:       lfranze@akingump.com

KALIA C. PETMECKY (SBN 194094)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001
E-Mail:       kpetmecky@akingump.com

Attorneys for Defendant
Eddie Bauer, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL D. SCHERER, an individual, on behalf of herself individually, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>EDDIE BAUER, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 07-CV-2270-JM-AJB<br><br>[Assigned to the Honorable Jeffrey T. Miller]<br><br>**DECLARATION OF KALIA C. PETMECKY IN SUPPORT OF DEFENDANT EDDIE BAUER, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>[Eddie Bauer Inc's Notice Of Motion And Motion To Dismiss Filed Concurrently Herewith]<br><br>Date:        January 18, 2008<br>Time:        1:30 p.m.<br>Courtroom:   16<br><br>Date Action Filed:    Sept. 20, 2007<br>Date Action Removed:  Dec. 3, 2007 |

## DECLARATION OF KALIA C. PETMECKY

I, Kalia C. Petmecky, certify and declare as follows:

1. I am an attorney at law duly licensed to practice in all of the Courts of the State of California. I am Counsel at the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel of record for defendant Eddie Bauer, Inc. I have personal knowledge of the facts herein stated, and if called and sworn as a witness, I would and could testify competently thereto under oath.

2. For the Court's convenience, attached hereto as Exhibit "A" is a true and correct copy of relevant excerpts of Eddie Bauer's Team Incentive Plan and Management Incentive Plan, which was attached as Exhibit "B" to the declaration of Diane Kovacs in support of Eddie Bauer's Notice of Removal previously filed on December 3, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 10th day of December 2007, in Los Angeles, California.

_____
Kalia C. Petmecky

# Exhibit A

# SOP
# Incentive Programs

- **US:** Store Team Incentive Plan
- **CDN:** Store Team Incentive Plan
- **US:** Store Management Incentive Plans
- **CDN:** Store Management Incentive Plans
- Management & Team Incentive Eligibility
- Store Management Shrink Incentive Program
- Incentive Payout Schedule

## US STORE TEAM INCENTIVE PLAN

Earn a base level incentive when store achieves Plan and incremental incentive for every full percent over Plan.

| Store Sales | US |
|---|---|
| Plan (base level payout) | $.30/hr |
| Plan + 1% - 10% (incremental $) | $.05/hr |
| Maximum Incentive Payout | $.80/hr |

The WSAP payroll tool will continue to have an automatic incentive tracking component. This allows stores to track and post both management and team incentive potential in real time.

## CDN STORE TEAM INCENTIVE PLAN

Earn a base level incentive when store achieves Plan and incremental incentive for every full percent over Plan.

| Store Sales | CAN |
|---|---|
| Plan (base level payout) | $.40/hr |
| Plan + 1% - 10% (incremental $) | $.05/hr |
| Maximum Incentive Payout | $.90/hr |

The WSAP payroll tool has an automatic incentive tracking component. This allows stores to track and post both management and team incentive potential in real time.

## US STORE MANAGEMENT INCENTIVE PLANS

Earn a base level incentive when store achieves Plan and incremental incentive for each dollar over plan.*

| Store Sales | Store Director | Store Manager | Co-Manager | Assistant Store Manager |
|---|---|---|---|---|
| Plan (base level payout) | $700 | $500 | $400 | $300 |
| Plan + 1% - 4% (incremental %) | 3.0% | 2.5% | 2.0% | 1.5% |
| Plan + 5% (incremental %) | 3.5% | 3.0% | 2.5% | 2.0% |

\* Store must achieve a full 1% over Plan to start earning incremental incentive for every dollar over Plan.
- You will be eligible for incentive when your store achieves or beats Plan.
- Once you beat Plan by 1%, you earn an incremental percentage payout for every dollar over Plan.
- As an accelerator, once your store reaches 5% over Plan, the incremental percentage increases for every dollar over Plan.
- There is no cap on potential incremental earnings.
- Payroll management remains critical to expense control. For all management sales incentive plans, payroll goals must be met in order to qualify for sales incentive achieved (achieving payroll will be determined by a favorable hours variance on the WSAP tool).
- It is strictly against company policy to falsify performance measurements to qualify for incentive. This includes, but is not limited to sales, payroll, SPIFFs and contests.

## CDN STORE MANAGEMENT INCENTIVE PLANS

Earn a base level incentive when store achieves plan; and incremental incentive for each dollar over plan.*

| Store Sales | Store Director | Store Manager/Co-Manager | Assistant Store Manager |
|---|---|---|---|
| Plan (base level payout) | $900 | $650 | $525 | $400 |
| Plan + 1 – 4% (incremental %) | 3.0% | 2.5% | 2.0% | 1.5% |
| Plan + 5% (incremental %) | 3.5% | 3.0% | 2.5% | 2.0% |

\* Store must achieve a full 1% over plan to start earning incremental incentive for every dollar over plan.
- You will be eligible for incentive when your store achieves or beats Plan.
- Once you beat Plan by 1%, you earn an incremental percentage payout for every dollar over Plan.
- As an accelerator, once your store reaches 5% over Plan, the incremental percentage increases for every dollar over Plan.
- There is no cap on potential incremental earnings.
- Payroll management remains critical to expense control. For all management sales incentive plans, payroll goals must be met in order to qualify for sales incentive achieved (achieving payroll will be determined by a favorable hours variance on the WSAP tool).
- It is strictly against company policy to falsify performance measurements to qualify for incentive. This includes, but is not limited to sales, payroll, SPIFFs and contests.

## MANAGEMENT & TEAM INCENTIVE ELIGIBILITY

- If a manager transfers locations during the month, the incentive will be based from the store they started the month at and the position held there (either associate level or manager).

- Non-management associate transfers (or borrowed associates) which occur anytime during the month will be eligible based on the number of hours worked in each store that achieved incentive that month.
- Same-store job changes that occur mid-month (associate to management and vice versa) will be eligible based on the month-end position.
- Managers going on or returning from Leave of Absence (LOA) are eligible for that month's incentive IF they work two (2) full weeks of a 4-week month or three (3) full weeks of a 5-week month.
- New managers are eligible for the monthly sales incentive plan the first full fiscal month after they are hired.
- New hourly associates are eligible for the monthly sales incentive plan upon start date and paid for all hours worked that fiscal month (if applicable).
- New stores must be open at least two (2) full weeks of the fiscal month to be eligible for monthly sales incentive; otherwise, eligibility begins the first full fiscal month the store is open.
- For all incentive plans, all associates must be actively employed on the date of payout in order to receive payment (except where state law requires otherwise).

## STORE MANAGEMENT SHRINK INCENTIVE PROGRAM

### Shrinkage/Inventory Control

The store management shrinkage incentive for 2007 is an annual payout for achieving and maintaining outstanding shrinkage results.

- Goals are based on each store's actual 2006 performance OR the average of the past three (3) counts using the most aggressive number. These goals set the expectation that all stores must maintain current good performance or increase performance to bring their shrink % in line with company averages and expectations.
- All stores are scheduled to complete a physical inventory count in First Quarter 2008.

### Shrink Incentive Eligibility

- Management staff is eligible based on the position and location as of September 30, 2007. Incentive may be prorated.
- Associates must be in a management position by September 30, 2007.
- Promotions from associate level to management after September 30, 2007 are not eligible.
- New hires after September 30, 2007 are not eligible.
- New hires from December 31, 2006 - September 30, 2007 will be prorated to the first full fiscal month after hire date.
- Leaves of absence greater than one (1) month will be prorated for the length of the leave.
- Associates must be in a management position through the end of the fiscal year to remain eligible (i.e., demotion to sales associate prior to 12/30/07 disqualifies associate from payout).
- All associates must be actively employed on the date of payout to receive payment.

- Payout date is anticipated by April 2008.

**Shrink Incentive Payouts:**
- Assistant Store Manager: $500
- Co-Manager: $600
- Store Manager: $1,000
- Store Director: $1,200

For questions regarding this, or any other incentive program, please contact your District Director or Michelle Maycock in Human Resources at 425-755-7153.

**INCENTIVE PAYOUT SCHEDULE**
**2007 Sales Incentive**

| MONTH | TEAM/MGMT | MONTH | TEAM/MGMT |
|---|---|---|---|
| January | 2/9/2007 | July | 8/10/2007 |
| February | 3/9/2007 | August | 9/7/2007 |
| March | 4/20/2007 | September | 10/19/2007 |
| April | 5/18/2007 | October | 11/16/2007 |
| May | 6/15/2007 | November | 12/14/2007 |
| June | 7/13/2007 | December | 1/11/2008 |

- Dates are anticipated, based on when results are calculated. Dates may be changed at any time, as business requires.
- Payout dates are subject to change.

**US Only:**
- Incentive payments are considered taxable wages, subject to all applicable federal, state and local taxes.
- Incentive payments are excluded from 401(k) and profit sharing calculations.

This plan supersedes all other store incentive plans. Eddie Bauer reserves the right to amend, modify, suspend or terminate this plan at any time without advance notice to plan participants. Additional performance measures may be incorporated at any time in response to specific business needs/issues. Eddie Bauer reserves the right to collect any overpayments made as the result of calculation and/or entry errors.

Stores EB Net | EB Net Feedback | Career Opportunities | WSAP Tool

Copyright © 1998-2007 Eddie Bauer Holdings, Inc. All rights reserved.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On December 10, 2007, I electronically filed the foregoing DECLARATION OF KALIA C. PETMECKY IN SUPPORT OF DEFENDANT EDDIE BAUER, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Sheldon A. Ostroff, APC     sostrofflaw@aol.com

and I hereby certify that I have mailed by the United States Postal Service a *courtesy* copy of the same to the following non-ECF participants(s):

Sheldon A. Ostroff, APC
Law Offices of Sheldon A. Ostroff
1441 State Street
San Diego, California 92101
Telephone:  619.544.0881

*Attorneys for Kristal D. Scherer*

James C. Kostas, APC
David Huffman, APC
Huffman & Kostas
A Partnership of Professional Corporations
1441 State Street
San Diego, California 92101
Telephone:  619.544.0880

*Attorneys for Kristal D. Scherer*

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 10, 2007 at Los Angeles, California.

Irma Edwards
[Print Name of Person Executing Proof]

*Irma Edwards*
[Signature]