LAURA M. FRANZE (SBN 250316)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:   214.969.2800
Facsimile:   214.969.4343
E-mail:      lfranze@akingump.com

KALIA C. PETMECKY (SBN 194094)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
E-mail:      kpetmecky@akingump.com

Attorneys for Defendant
EDDIE BAUER, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL D. SCHERER, an individual, on behalf of herself individually, all others similarly situated, and on behalf of the general public,<br><br>             Plaintiffs,<br><br>  v.<br><br>EDDIE BAUER, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 07-CV-2270 JM (AJB)<br><br>[Assigned to The Honorable Jeffrey T. Miller]<br><br>**NOTICE OF ERRATA TO DEFENDANT EDDIE BAUER, INC.'S NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Date:         January 18, 2008<br>Time:        1:30 p.m.<br>Courtroom: 16<br><br>Date Action Filed:    Sept. 20, 2007<br>Date Action Removed: Dec. 3, 2007 |

TO ALL PARTIES AND THEIR ATTORNEYS FOR RECORD:

PLEASE TAKE NOTICE that on page 1, line 2 of Eddie Bauer, Inc.'s ("Eddie Bauer") Notice of Motion and Partial Motion to Dismiss, filed on December 10, 2007, the hearing date is inadvertently, erroneously identified as January 11, 2007, instead of the correct date of **January 18, 2008**, as correctly identified on the Caption page of the same document. Please disregard the erroneous January 11, 2007 date. Attached as Exhibit A is a corrected Page 1 of Eddie Bauer's Notice of Motion and Partial Motion to Dismiss, identifying the correct hearing date as **January 18, 2008.**

Dated: December 12, 2007          AKIN GUMP STRAUSS HAUER & FELD LLP


                                  By:     /s/ Kalia C. Petmecky
                                          Kalia C. Petmecky
                                          Attorneys for Defendant
                                          EDDIE BAUER, INC.

# Exhibit A

**AKIN GUMP STRAUSS HAUER & FELD LLP**
LAURA M. FRANZE (SBN 250316)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343
E-mail: lfranze@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
KALIA C. PETMECKY (SBN 194094)
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001
E-mail: kpetmecky@akingump.com

Attorneys for Defendants
EDDIE BAUER, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL D. SCHERER, an individual, on behalf of herself individually, all others similarly situated, and on behalf of the general pubic,<br><br>Plaintiffs,<br><br>v.<br><br>EDDIE BAUER, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 07-CV-2270-JM-AJB<br><br>[Assigned to the Honorable Jeffrey T. Miller]<br><br>**DEFENDANT EDDIE BAUER, INC.'S NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>[Declaration Of Kalia C. Petmecky Filed Concurrently Herewith]<br><br>Date: January 18, 2008<br>Time: 1:30 p.m.<br>Courtroom: 16<br><br>Date Action Filed: Sept. 20, 2007<br>Date Action Removed: Dec. 3, 2007 |

6175900

07-CV-02270-JM-AJB

DEFENDANT'S NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **January 18, 2008**, at 1:30 p.m. in the Courtroom of the Honorable Jeffrey T. Miller (Courtroom 16) located at 880 Front Street, Room 4290, San Diego, California 92101, Defendant Eddie Bauer, Inc. ("Eddie Bauer") will, and hereby does, move the Court to dismiss with prejudice (1) the First Cause of Action for alleged violations of California Labor Code § 221, and (2) Fourth Causes of Action for alleged violations of California Business and Professions Code § 17200, in Plaintiff Kristal D. Scherer's Complaint.

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Eddie Bauer moves to dismiss Plaintiff's claims on the grounds that Plaintiff has failed to state a claim upon which relief can be granted pursuant to California Labor Code Section 221 and California Business and Professions Code Section 17200.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all papers and pleadings in the Court's file, any other matter of which the Court may take judicial notice, and upon such oral argument as may be presented to the Court at the time of the hearing on this matter.

Dated: December 10, 2007        **AKIN GUMP STRAUSS HAUER & FELD LLP**

By____/s/_____
Kalia C. Petmecky
Attorneys for Defendant
EDDIE BAUER, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. . On December 12, 2007, I electronically filed the foregoing **NOTICE OF ERRATA** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    Sheldon A. Ostroff, APC    sostrofflaw@aol.com

and I hereby certify that I have mailed by the United States Postal Service a courtesy copy of the same to the following non-ECF participants(s):

| | |
|---|---|
| Sheldon A. Ostroff, APC<br>Law Offices of Sheldon A. Ostroff<br>1441 State Street<br>San Diego, California 92101<br>Telephone:  619.544.0881<br><br>*Attorneys for Kristal D. Scherer* | James C. Kostas, APC<br>David Huffman, APC<br>Huffman & Kostas<br>A Partnership of Professional Corporations<br>1441 State Street<br>San Diego, California 92101<br>Telephone:  619.544.0880<br><br>*Attorneys for Kristal D. Scherer* |

☒ BY UNITED STATES MAIL    I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☐ BY OVERNIGHT DELIVERY    I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ (FEDERAL)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 12, 2007 at Los Angeles, California.

Irma Edwards                                    *[signature: Irma Edwards]*
[Print Name of Person Executing Proof]          [Signature]