**AKIN GUMP STRAUSS HAUER & FELD LLP**
LAURA M. FRANZE (SBN 250316)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:    214.969.2800
Facsimile:     214.969.4343
E-mail:          lfranze@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
KALIA C. PETMECKY (SBN 194094)
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:     310-229-1001
E-mail:          kpetmecky@akingump.com

Attorneys for Defendants
EDDIE BAUER, INC.

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL D. SCHERER, an individual, on behalf of herself individually, all others similarly situated, and on behalf of the general pubic,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDDIE BAUER, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.  07-CV-2270-JM-AJB<br><br>[Assigned to the Honorable Jeffrey T. Miller]<br><br>**DEFENDANT EDDIE BAUER, INC.'S AMENDED NOTICE OF MOTION TO DISMISS**<br><br>Date:            February 8, 2008<br>Time:            1:30 p.m.<br>Courtroom:  16<br><br>Date Action Filed:        Sept. 20, 2007<br>Date Action Removed:  Dec. 3, 2007 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to plaintiff Kristal D. Scherer's request, the hearing of defendant Eddie Bauer, Inc.'s ("Eddie Bauer") Motion to Dismiss, which was previously set for January 18, 2008, at 1:30 p.m., is now continued and, hereby re-noticed, to **February 8, 2008, at 1:30 p.m.**, in the Courtroom of the Honorable Jeffrey T. Miller (Courtroom 16) located at 880 Front Street, Room 4290, San Diego, California 92101.

Defendant Eddie Bauer will, and hereby does, move the Court to dismiss with prejudice (1) the First Cause of Action for alleged violations of California Labor Code § 221, and (2) Fourth Causes of Action for alleged violations of California Business and Professions Code § 17200, in Plaintiff Kristal D. Scherer's Complaint. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Eddie Bauer moves to dismiss Plaintiff's claims on the grounds that Plaintiff has failed to state a claim upon which relief can be granted pursuant to California Labor Code Section 221 and California Business and Professions Code Section 17200.

This Motion is based on this Amended Notice of Motion, the Motion and the accompanying Memorandum of Points and Authorities filed on December 10, 2007, all papers and pleadings in the Court's file, any other matter of which the Court may take judicial notice, and upon such oral argument as may be presented to the Court at the time of the hearing on this matter.

Dated: December 19, 2007        **AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _____/s/ Kalia C. Petmecky_____
Kalia C. Petmecky
Attorneys for Defendant
EDDIE BAUER, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On December 19, 2007, I electronically filed the foregoing **DEFENDANT EDDIE BAUER, INC.'S AMENDED NOTICE OF MOTION TO DISMISS** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Sheldon A. Ostroff, APC     sostrofflaw@aol.com

and I hereby certify that I have mailed by the United States Postal Service a *courtesy* copy of the same to the following non-ECF participants(s):

Sheldon A. Ostroff, APC
Law Offices of Sheldon A. Ostroff
1441 State Street
San Diego, California 92101
Telephone: 619.544.0881

*Attorneys for Kristal D. Scherer*

James C. Kostas, APC
David Huffman, APC
Huffman & Kostas
A Partnership of Professional Corporations
1441 State Street
San Diego, California 92101
Telephone: 619.544.0880

*Attorneys for Kristal D. Scherer*

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 19, 2007 at Los Angeles, California.

Irma Edwards
[Print Name of Person Executing Proof]

*Irma Edwards*
[Signature]