1  LAW OFFICES OF SHELDON A. OSTROFF
   Sheldon A. Ostroff, APC (State Bar #108510)
2  1441 State Street
   San Diego, California 92101
3  (619) 544-0881

4  HUFFMAN & KOSTAS
   A Partnership of Professional Corporations
5  James C. Kostas, APC (State Bar # 115948)
   David Huffman, APC (State Bar # 69026)
6  1441 State Street
   San Diego, California 92101
7  (619) 544-0880

8  Attorneys for Plaintiffs

9

10                    UNITED STATES DISTRICT COURT

11                    SOUTHERN DISTRICT OF CALIFORNIA

12  KRISTAL D. SCHERER, an individual, on )   CASE NO.  07-CV-2270-JM-AJB
    behalf of herself individually, all others )
13  similarly situated, and on behalf of the general )   PROOF OF SERVICE
    public; )
14                                          )
            Plaintiff,                      )
15                                          )
    v.                                      )
16                                          )
    EDDIE BAUER, INC., a Delaware corporation, )
17  and DOES 1 through 100, inclusive,      )
                                            )
18          Defendants.                     )
    _____)

19

20      I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a

21  party to the within action.  My business address is 1441 State Street, San Diego, California 92101.

22      On January 23, 2008, I served the document(s) described as:

23      1.   FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF CALIFORNIA

24          LABOR LAW STATUTES, CONVERSION, UNJUST ENRICHMENT AND UNFAIR

25          BUSINESS  PRACTICES

26   X   (BY MAIL):  I caused each such envelope, with postage thereon fully prepaid, to be placed in the

27      United States mail at San Diego, California.  I am readily familiar with this firm's business practice

28      for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant

    to which practice the correspondence will be deposited with the U.S. Postal Service this same day

_____
                              PROOF OF SERVICE

in the ordinary course of business (C.C.P. Section 1013(a); 2015.5):

Kalia C. Petmecky
Akin, Gump, Strauss, Hauer & Feld, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012

*Attorneys for Defendant, Eddie Bauer, Inc.*

____ (BY ELECTRONIC MAIL): Pursuant to court order, I sent via email the above documents to the email addressed of all parties in the attached service list.

____ (BY FEDERAL EXPRESS): I caused the above-described documents to be delivered via overnight delivery (Federal Express), by placing a copy in a separate FEDERAL EXPRESS mailer and attaching a completed Federal Express air bill, with Standard Overnight delivery/Priority Delivery requested, and caused said mailer to deposited in the Federal Express collection box at San Diego, California.

____ (BY PERSONAL SERVICE): I caused such envelope to be delivered by hand to the offices of the addressee:

____ (BY FACSIMILE): I caused such document to be served on all parties to this action via facsimile at the numbers indicated on the attached service list (C.C.P. Section 1012.5).

____ (State): I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 23, 2008, at San Diego, California.

/S/

Kathleen Valdivia

2
Proof of Service