1   LAW OFFICES OF SHELDON A. OSTROFF
    Sheldon A. Ostroff, APC (State Bar #108510)
2   1441 State Street
    San Diego, California 92101
3   (619) 544-0881

4   HUFFMAN & KOSTAS
    A Partnership of Professional Corporations
5   James C. Kostas, APC (State Bar # 115948)
    David Huffman, APC (State Bar # 69026)
6   1441 State Street
    San Diego, California 92101
7   (619) 544-0880

8   Attorneys for Plaintiffs

9

                    UNITED STATES DISTRICT COURT
10
                    SOUTHERN DISTRICT OF CALIFORNIA
11

12  KRISTAL D. SCHERER, an individual, on          )   CASE NO.  07-CV-2270-JM-AJB
    behalf of herself individually, all others     )
13  similarly situated, and on behalf of the general)   [Assigned to The Honorable Jeffrey T. Miller]
    public;                                         )
                                                    )   MOTION TO AMEND FIRST AMENDED
14          Plaintiff,                              )   CLASS ACTION COMPLAINT
                                                    )
15                                                  )   Date Action Filed:      September 20, 2007
    v.                                              )   Date Action Removed: December 3, 2007
16                                                  )
    EDDIE BAUER, INC., a Delaware corporation, )
17  and DOES 1 through 100, inclusive,              )
                                                    )
18          Defendants.                             )
                                                    )
19  _____            )

20          Plaintiffs' counsel having erroneously caused the name of Plaintiff, Kristine Ochoco, to be misspelled

21  in the First Amended Class Action Complaint as "Christina Ochoco" and having discovered the error in the

22  spelling of Plaintiff, Kristine Ochoco's name after the First Amended Class Action Complaint was filed,

23  hereby amends the First Amended Class Action Complaint by substituting the correct name of Plaintiff,

24  Kristine Ochoco wherever her name is incorrectly spelled "Christina Ochoco" in such pleading.

25  Dated: January 31, 2008            Respectfully submitted,

26                                     LAW OFFICES OF SHELDON A. OSTROFF

27                                     By:___ S/Sheldon A. Ostroff
                                          Sheldon A. Ostroff
28                                        Attorneys for Plaintiff

    _____
            MOTION TO AMEND FIRST AMENDED CLASS ACTION COMPLAINT