1   LAW OFFICES OF SHELDON A. OSTROFF
     Sheldon A. Ostroff, APC (State Bar #108510)
2   1441 State Street
     San Diego, California 92101
3   (619) 544-0881

4   HUFFMAN & KOSTAS
     A Partnership of Professional Corporations
5   James C. Kostas, APC (State Bar # 115948)
     David Huffman, APC (State Bar # 69026)
6   1441 State Street
     San Diego, California 92101
7   (619) 544-0880

8   Attorneys for Plaintiffs

9

               UNITED STATES DISTRICT COURT
10

             SOUTHERN DISTRICT OF CALIFORNIA
11

12  KRISTAL D. SCHERER, an individual, on  )  CASE NO.  07-CV-2270-JM-AJB
     behalf of herself individually, all others    )
13  similarly situated, and on behalf of the general  )  PROOF OF SERVICE
     public;          )
14               )
           Plaintiff,     )
15               )
     v.           )
16               )
     EDDIE BAUER, INC., a Delaware corporation,  )
     and DOES 1 through 100, inclusive,    )
17               )
          Defendants.    )
18  _____)

19

20       I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a

    party to the within action.  My business address is 1441 State Street, San Diego, California 92101.
21

22       On January 31, 2008, I served the document(s) described as:

23       1.    MOTION TO AMEND FIRST AMENDED CLASS ACTION COMPLAINT

  _X_  (BY MAIL):  I caused each such envelope, with postage thereon fully prepaid, to be placed in the
24

25      United States mail at San Diego, California.  I am readily familiar with this firm's business practice

26      for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant

    to which practice the correspondence will be deposited with the U.S. Postal Service this same day
27

28      in the ordinary course of business (C.C.P. Section 1013(a); 2015.5):

_____

Kalia C. Petmecky
Akin, Gump, Strauss, Hauer & Feld, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012

*Attorneys for Defendant, Eddie Bauer, Inc.*

____ (BY ELECTRONIC MAIL): Pursuant to court order, I sent via email the above documents to the email addressed of all parties in the attached service list.

____ (BY FEDERAL EXPRESS): I caused the above-described documents to be delivered via overnight delivery (Federal Express), by placing a copy in a separate FEDERAL EXPRESS mailer and attaching a completed Federal Express air bill, with Standard Overnight delivery/Priority Delivery requested, and caused said mailer to deposited in the Federal Express collection box at San Diego, California.

____ (BY PERSONAL SERVICE): I caused such envelope to be delivered by hand to the offices of the addressee:

____ (BY FACSIMILE): I caused such document to be served on all parties to this action via facsimile at the numbers indicated on the attached service list (C.C.P. Section 1012.5).

____ (State): I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X__ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 31, 2008, at San Diego, California.

Kathleen Valdivia