# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL SCHERER,<br><br>                                 Plaintiff,<br>  vs.<br>EDDIE BAUER, INC.,<br><br>                               Defendant. | CASE NO. 07cv2270 JM(AJB)<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT |

In light of the January 23, 2008 filing of the first amended complaint, Plaintiff's motion to dismiss, presently calendared for February 8, 2008, is denied as moot.

**IT IS SO ORDERED.**

DATED: February 6, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:       All parties

- 1 -