LAURA M. FRANZE (SBN 250316)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:   214-969-2800
Facsimile:   214-969-4343
E-Mail:   lfranze@akingump.com

KALIA C. PETMECKY (SBN 194094)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
E-Mail:   kpetmecky@akingump.com

Attorneys for Defendant
Eddie Bauer, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL D. SCHERER, an individual, on behalf of herself individually, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>EDDIE BAUER, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 07-CV-2270-JM-AJB<br><br>[Assigned to the Honorable Jeffrey T. Miller]<br><br>**DECLARATION OF KALIA C. PETMECKY IN SUPPORT OF DEFENDANT EDDIE BAUER, INC.'S PARTIAL MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>[Eddie Bauer Inc's Notice of Motion and Partial Motion To Dismiss Filed Concurrently Herewith]<br><br>Date:   March 14, 2008<br>Time:   1:30 p.m.<br>Courtroom:   16<br><br>Date Action Filed:   Sept. 20, 2007<br>Date Action Removed:   Dec. 3, 2007 |

6202034

07-CV-02270-JM-AJB

DECLARATION OF KALIA C. PETMECKY

# DECLARATION OF KALIA C. PETMECKY

I, Kalia C. Petmecky, certify and declare as follows:

1. I am an attorney at law duly licensed to practice in all of the Courts of the State of California. I am Counsel at the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel of record for defendant Eddie Bauer, Inc. I have personal knowledge of the facts herein stated, and if called and sworn as a witness, I would and could testify competently thereto under oath.

2. For the Court's convenience, attached hereto as Exhibit "A" is a true and correct copy of relevant excerpts of Eddie Bauer's Team Incentive Plan and Management Incentive Plan, which was attached as Exhibit "B" to the declaration of Diane Kovacs in support of Eddie Bauer's Notice of Removal previously filed on December 3, 2007.

3. For the Court's convenience, attached hereto as Exhibit "B" is a true and correct copy of relevant excerpts of Eddie Bauer's Policy on Vacations and Holidays.

4. For the Court's convenience, attached hereto as Exhibit "C" is a true and correct copy of relevant excerpts of Eddie Bauer's Standard Operating Procedures on Associate Classifications and Salary Administration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 11th day of February 2008, in Los Angeles, California.

Dated: February 11, 2008

                                         s/Kalia C. Petmecky
                                         Attorney for Defendants
                                         E-mail: kpetmecky@akingump.com