# Exhibit A

# SOP
# Incentive Programs

- **US:** Store Team Incentive Plan
- **CDN:** Store Team Incentive Plan
- **US:** Store Management Incentive Plans
- **CDN:** Store Management Incentive Plans
- Management & Team Incentive Eligibility
- Store Management Shrink Incentive Program
- Incentive Payout Schedule

## US: STORE TEAM INCENTIVE PLAN

Earn a base level incentive when store achieves Plan and incremental incentive for every full percent over Plan.

| Store Sales | US |
|---|---|
| Plan (base level payout) | $.30/hr |
| Plan + 1% - 10% (incremental $) | $.05/hr |
| Maximum Incentive Payout | $.80/hr |

The WSAP payroll tool will continue to have an automatic incentive tracking component. This allows stores to track and post both management and team incentive potential in real time.

## CDN: STORE TEAM INCENTIVE PLAN

Earn a base level incentive when store achieves Plan and incremental incentive for every full percent over Plan.

| Store Sales | CAN |
|---|---|
| Plan (base level payout) | $.40/hr |
| Plan + 1% - 10% (incremental $) | $.05/hr |
| Maximum Incentive Payout | $.90/hr |

The WSAP payroll tool has an automatic incentive tracking component. This allows stores to track and post both management and team incentive potential in real time.

## US: STORE MANAGEMENT INCENTIVE PLANS

Earn a base level incentive when store achieves Plan and incremental incentive for each dollar over plan.*

| Store Sales | Store Director | Store Manager | Co-Manager | Assistant Store Manager |
|---|---|---|---|---|
| Plan (base level payout) | $700 | $500 | $400 | $300 |
| Plan + 1% - 4% (incremental %) | 3.0% | 2.5% | 2.0% | 1.5% |
| Plan + 5% (incremental %) | 3.5% | 3.0% | 2.5% | 2.0% |

* Store must achieve a full 1% over Plan to start earning incremental incentive for every dollar over Plan.
  - You will be eligible for incentive when your store achieves or beats Plan.
  - Once you beat Plan by 1%, you earn an incremental percentage payout for every dollar over Plan.
  - As an accelerator, once your store reaches 5% over Plan, the incremental percentage increases for every dollar over Plan.
  - There is no cap on potential incremental earnings.
  - Payroll management remains critical to expense control. For all management sales incentive plans, payroll goals must be met in order to qualify for sales incentive achieved (achieving payroll will be determined by a favorable hours variance on the WSAP tool).
  - It is strictly against company policy to falsify performance measurements to qualify for incentive. This includes, but is not limited to sales, payroll, SPIFFs and contests.

## CDN: STORE MANAGEMENT INCENTIVE PLANS

Earn a base level incentive when store achieves plan; and incremental incentive for each dollar over plan.*

| Store Sales | Store Director | Store Manager | Co-Manager | Assistant Store Manager |
|---|---|---|---|---|
| Plan (base level payout) | $900 | $650 | $525 | $400 |
| Plan + 1 – 4% (incremental %) | 3.0% | 2.5% | 2.0% | 1.5% |
| Plan + 5% (incremental %) | 3.5% | 3.0% | 2.5% | 2.0% |

* Store must achieve a full 1% over plan to start earning incremental incentive for every dollar over plan.
  - You will be eligible for incentive when your store achieves or beats Plan.
  - Once you beat Plan by 1%, you earn an incremental percentage payout for every dollar over Plan.
  - As an accelerator, once your store reaches 5% over Plan, the incremental percentage increases for every dollar over Plan.
  - There is no cap on potential incremental earnings.
  - Payroll management remains critical to expense control. For all management sales incentive plans, payroll goals must be met in order to qualify for sales incentive achieved (achieving payroll will be determined by a favorable hours variance on the WSAP tool).
  - It is strictly against company policy to falsify performance measurements to qualify for incentive. This includes, but is not limited to sales, payroll, SPIFFs and contests.

## MANAGEMENT & TEAM INCENTIVE ELIGIBILITY

- If a manager transfers locations during the month, the incentive will be based from the store they started the month at and the position held there (either associate level or manager).

- Non-management associate transfers (or borrowed associates) which occur anytime during the month will be eligible based on the number of hours worked in each store that achieved incentive that month.
- Same-store job changes that occur mid-month (associate to management and vice versa) will be eligible based on the month-end position.
- Managers going on or returning from Leave of Absence (LOA) are eligible for that month's incentive IF they work two (2) full weeks of a 4-week month or three (3) full weeks of a 5-week month.
- New managers are eligible for the monthly sales incentive plan the first full fiscal month after they are hired.
- New hourly associates are eligible for the monthly sales incentive plan upon start date and paid for all hours worked that fiscal month (if applicable).
- New stores must be open at least two (2) full weeks of the fiscal month to be eligible for monthly sales incentive; otherwise, eligibility begins the first full fiscal month the store is open.
- For all incentive plans, all associates must be actively employed on the date of payout in order to receive payment (except where state law requires otherwise).

## STORE MANAGEMENT SHRINK INCENTIVE PROGRAM

**Shrinkage/Inventory Control**

The store management shrinkage incentive for 2007 is an annual payout for achieving and maintaining outstanding shrinkage results.

- Goals are based on each store's actual 2006 performance OR the average of the past three (3) counts using the most aggressive number. These goals set the expectation that all stores must maintain current good performance or increase performance to bring their shrink % in line with company averages and expectations.
- All stores are scheduled to complete a physical inventory count in First Quarter 2008.

**Shrink Incentive Eligibility**

- Management staff is eligible based on the position and location as of September 30, 2007. Incentive may be prorated.
- Associates must be in a management position by September 30, 2007.
- Promotions from associate level to management after September 30, 2007 are not eligible.
- New hires after September 30, 2007 are not eligible.
- New hires from December 31, 2006 - September 30, 2007 will be prorated to the first full fiscal month after hire date.
- Leaves of absence greater than one (1) month will be prorated for the length of the leave.
- Associates must be in a management position through the end of the fiscal year to remain eligible (i.e., demotion to sales associate prior to 12/30/07 disqualifies associate from payout).
- All associates must be actively employed on the date of payout to receive payment.

- Payout date is anticipated by April 2008.

**Shrink Incentive Payouts:**
- Assistant Store Manager:    $500
- Co-Manager:                 $600
- Store Manager:              $1,000
- Store Director:             $1,200

For questions regarding this, or any other incentive program, please contact your District Director or Michelle Maycock in Human Resources at 425-755-7153.

**INCENTIVE PAYOUT SCHEDULE:
2007 Sales Incentive**

| MONTH | TEAM/MGMT | MONTH | TEAM/MGMT |
|---|---|---|---|
| January | 2/9/2007 | July | 8/10/2007 |
| February | 3/9/2007 | August | 9/7/2007 |
| March | 4/20/2007 | September | 10/19/2007 |
| April | 5/18/2007 | October | 11/16/2007 |
| May | 6/15/2007 | November | 12/14/2007 |
| June | 7/13/2007 | December | 1/11/2008 |

- Dates are anticipated, based on when results are calculated. Dates may be changed at any time, as business requires.
- Payout dates are subject to change.

**US Only:**
- Incentive payments are considered taxable wages, subject to all applicable federal, state and local taxes.
- Incentive payments are excluded from 401(k) and profit sharing calculations.

This plan supersedes all other store incentive plans. Eddie Bauer reserves the right to amend, modify, suspend or terminate this plan at any time without advance notice to plan participants. Additional performance measures may be incorporated at any time in response to specific business needs/issues. Eddie Bauer reserves the right to collect any overpayments made as the result of calculation and/or entry errors.

Stores EB Net | EB Net Feedback | Career Opportunities | WSAP Tool

*Copyright © 1998-2007* Eddie Bauer Holdings, Inc. *All rights reserved.*