# Exhibit C

## SOP
## Associate Classifications and Salary Administration
### (California Associates: Refer to the SOP – California Employment Policies)

- Associate Classifications
- Salary Administration

## ASSOCIATE CLASSIFICATIONS

Associate positions are divided into three classifications: Exempt, Nonexempt Salaried and Nonexempt Hourly (Full-Time Regular, Part-Time Regular, Part-Time Limited). These classifications are used to reflect the type of position and to determine eligibility for benefits and compensation.

Nonexempt new hires must be hired into the Part-Time Limited classification with the exception of Visual/Stock Leads and Assistant Store Managers.

### Exempt Associates

- **US:** Salaried "Exempt" Associates (Store Directors, Store Managers, Co-Managers, District Directors) are paid a salary and are exempt from the overtime provisions of the Fair Labor Standards Act.
- **CDN:** Salaried "Exempt" Associates (Store Directors, Store Managers, Co-Managers, District Directors) are paid a salary and are Exempt from receiving pay for overtime work.

### Nonexempt Associates

- **US and CDN:** Receive additional pay for hours worked over 40 in a week or eight (8) in a day depending on the state.
- **Nonexempt Salaried:** Paid a salary equivalent to a 45-hour work week and are regularly scheduled to work 40 hours per week.
- **Nonexempt Hourly Full-Time Regular:** Regularly work an average of 38 or more hours per week for two consecutive and complete fiscal quarters (30 or more in Saskatchewan). Hours are allocated depending on current business needs, individual job performance and availability.

- **Nonexempt Hourly Part-Time Regular:** Regularly work an average of 20 hours or more per week for two consecutive and complete quarters (15 or more in Saskatchewan). Hours are allocated based on current business needs, individual job performance and availability.
- **Nonexempt Hourly Part-Time Limited Associates:**
    1. Regularly work less than 20 hours per week average (15 in Saskatchewan), or
    2. Do not maintain two consecutive and complete quarters of 20 hours per week (15 in Saskatchewan), or
    3. Are employed for the holiday season only (sometimes referred to as "seasonal"), or
    4. Are not hired or rehired into a Visual or Stock Lead position.