# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On February 11, 2008, I electronically filed the foregoing **DECLARATION OF KALIA C. PETMECKY IN SUPPORT OF DEFENDANT EDDIE BAUER, INC.'S PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Sheldon A. Ostroff, APC     sostrofflaw@aol.com

and I hereby certify that I have mailed by the United States Postal Service a *courtesy* copy of the same to the following non-ECF participants(s):

| | |
|---|---|
| Sheldon A. Ostroff, APC<br>Law Offices of Sheldon A. Ostroff<br>1441 State Street<br>San Diego, California 92101<br>Telephone: 619.544.0881<br><br>*Attorneys for Kristal D. Scherer* | James C. Kostas, APC<br>David Huffman, APC<br>Huffman & Kostas<br>A Partnership of Professional Corporations<br>1441 State Street<br>San Diego, California 92101<br>Telephone: 619.544.0880<br><br>*Attorneys for Kristal D. Scherer* |

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 11, 2008 at Los Angeles, California.

Irma Edwards                                    *[signature: Irma Edwards]*
[Print Name of Person Executing Proof]          [Signature]