# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL SCHERER,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br>EDDIE BAUER, INC.,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 07 CV 2270 JM (AJB)<br><br>**ORDER CONTINUING MOTION TO DISMISS HEARING** |

On the court's own motion, the court hereby continues the hearing on Defendant's motion to dismiss (Doc. no. 13) from March 14, 2008 to **March 28, 2008, at 1:30 p.m**.

**IT IS SO ORDERED.**

DATED: March 11, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:　　　All parties