1 | Frank M. Liberatore (SBN 119976)
JACKSON LEWIS, LLP
2 | 5000 Birch Street, Suite 5000
Newport Beach, CA 92660
3 | (949) 885-1360 – Office
(949) 885-1380 – Fax
4

5 | Aryn J. Sobo (SBN 231813)
JACKSON LEWIS LLP
6 | 725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
7 | (213) 689-0404 - Office
(213) 689-0430 - Fax
8

Attorneys for Defendant
9 | EDDIE BAUER, INC.

10

UNITED STATES DISTRICT COURT

11

SOUTHERN DISTRICT OF CALIFORNIA

12

13 | KRISTAL D. SCHERER, an individual, on ) CASE NO. 07-CV-2270-JM (AJB)
behalf of herself individually, all others )
14 | similarly situated, and on behalf of the )  [Assigned to the Hon. Jeffrey T. Miller]
general public, )
15 | )
Plaintiff, )  **SUBSTITUTION OF COUNSEL ON**
16 | )  **BEHALF OF DEFENDANT EDDIE**
vs. )  **BAUER, INC.**
17 | )
EDDIE BAUER, INC., a Delaware )
18 | corporation, and DOES 1 through 100, )
inclusive, )
19 | )
Defendants. )
20 | )
)
21 | )
_____ )
22

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

23

**PLEASE TAKE NOTICE** that Defendant EDDIE BAUER, INC. hereby

24

substitutes Frank M. Liberatore, Esq., California State Bar No. 119976, of the law firm of

25

Jackson Lewis LLP, 5000 Birch Street, Suite 5000, Newport Beach, California 92660,

26

(949)885-1360, and Aryn J. Sobo, Esq., California State Bar No. 231813, also of the law

27

firm Jackson Lewis LLP, 725 S. Figueroa Street, Suite 2500, Los Angeles, California

28

90017, (213)689-0404, as its counsel of record in the place of its present counsel of

record, Kalia C. Petmecky, Esq., California State Bar No. 194094, of the law firm of Akin, Gump, Strauss, Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los Angeles, California 90067, (310)229-1000.

The foregoing substitution is accepted by Defendant Eddie Bauer, Inc. and by its present counsel, Kalia Petmecky.


Dated:      July __, 2008                    EDDIE BAUER, INC.


                                   By: _____
                                        Freya Brier, Esq.
                                        Senior Vice President & General
                                        Counsel


Dated:      July __, 2008                    AKIN GUMP STRAUSS HAUER & FELD LLP


                                   By: _____
                                        Kalia Petmecky, Esq.

On behalf of Jackson Lewis LLP, I accept the foregoing substitution.

Dated:      July 10, 2008                    JACKSON LEWIS LLP


                                   By: __s/Frank M. Liberatore_____
                                        Frank M. Liberatore

record, Kalia C. Petmecky, Esq., California State Bar No. 194094, of the law firm of Akin, Gump, Strauss, Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los Angeles, California 90067, (310)229-1000.

   The foregoing substitution is accepted by Defendant Eddie Bauer, Inc. and by its present counsel, Kalia Petmecky.


Dated:    July 3, 2008              EDDIE BAUER, INC.

                                    By: _____
                                        Freya Brier, Esq.
                                        Senior Vice President & General
                                        Counsel


Dated:    July ___, 2008            AKIN GUMP STRAUSS HAUER & FELD LLP

                                    By: _____
                                        Kalia Petmecky, Esq.


   On behalf of Jackson Lewis LLP, I accept the foregoing substitution.

Dated:    July 8, 2008              JACKSON LEWIS LLP

                                    By: _____
                                        Frank M. Liberatore


CASE NO. 07-CV-2270-JM (AJB)    2    SUBSTITUTION OF COUNSEL ON BEHALF
                                     OF DEFENDANT EDDIE BAUER, INC.

1  record, Kalia C. Petmecky, Esq., California State Bar No. 194094, of the law firm of
2  Akin, Gump, Strauss, Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los
3  Angeles, California 90067, (310)229-1000.

4        The foregoing substitution is accepted by Defendant Eddie Bauer, Inc. and by its
5  present counsel, Kalia Petmecky.

7  Dated:     July __, 2008              EDDIE BAUER, INC.

9                              By: _____
10                                   Freya Brier, Esq.
                                     Senior Vice President & General
11                                   Counsel

12
13 Dated:     July 7, 2008          AKIN GUMP STRAUSS HAUER & FELD LLP

14                              By: _____
15                                   Kalia Petmecky, Esq.

16
17     On behalf of Jackson Lewis LLP, I accept the foregoing substitution.
18 Dated:     July __, 2008              JACKSON LEWIS LLP

19
20                              By: _____
                                     Frank M. Liberatore

21
22
23
24
25
26
27
28

CASE NO. 07-CV-2270-JM (AJB)      2    SUBSTITUTION OF COUNSEL ON BEHALF
                                       OF DEFENDANT EDDIE BAUER, INC.

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**CASE NAME:**     Scherer v. Eddie Bauer, Inc.

CASE NUMBER: **07-CV-2270-JM (AJB)**

I am employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5408.

On **July 10, 2008,** I served the foregoing document described as: **SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC.** in this action by placing a true copy thereof in a sealed envelope addressed as follows:

KALIA PETMECKY, ESQ.
**AKIN GUMP STRAUSS HAUER & FELD LLP**          PHONE:  (310) 229-1000
2029 CENTURY PARK EAST, SUITE 2400          FAX:
LOS ANGELES, CALIFORNIA 90067

SHELDON A. OSTROFF, ESQ.          PHONE: (619) 544-0881
**LAW OFFICES OF SHELDON A. OSTROFF**          FAX:    (619) 544-0892
1441 STATE STREET
SAN DIEGO, CALIFORNIA 92101

JAMES C. KOSTAS, ESQ.          PHONE: (619) 544-0880
DAVID HUFFMAN, ESQ.          FAX:    (619) 544-0892
**HUFFMAN & KOSTAS**
1441 STATE STREET
SAN DIEGO, CALIFORNIA 92101

☒     **BY MAIL:**

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒     **BY NOTICE OF ELECTRONIC FILING:**

The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

☒     **FEDERAL:**
I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.


Executed on **July 10, 2008,** at Los Angeles, California.


s/Elizabeth Garcia-Zapata

**ELIZABETH GARCIA-ZAPATA**