1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL D. SCHERER, an individual, on behalf of herself individually, all others similarly situated, and on behalf of the general public, | CASE NO. 07-CV-2270-JM (AJB) |
| | [Assigned to the Hon. Jeffrey T. Miller] |
| Plaintiff, | **[PROPOSED] ORDER ON SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC.** |
| vs. | |
| EDDIE BAUER, INC., a Delaware corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Defendant EDDIE BAUER, INC. ("Defendant") has submitted a request to substitute its counsel of record in this action. After review of the papers submitted and consideration of the facts contained therein, and good cause appearing therefor, the Court orders as follows:

The request for substitution of counsel is GRANTED. Defendant EDDIE BAUER, INC. shall henceforth be represented in this action for all purposes by the following attorneys of record:

| | |
|---|---|
| 1 | FRANK M. LIBERATORE (CA SBN 119976) |
| 2 | JACKSON LEWIS LLP |
| | 5000 Birch Street |
| 3 | Suite 5000 |
| | Newport Beach, CA  92660 |
| 4 | (949) 885-1360 (telephone) |
| 5 | (949) 885-1380 (fax) |
| | liberatf@jacksonlewis.com |
| 6 | |
| 7 | ARYN J. SOBO (CA SBN 231813) |
| | JACKSON LEWIS LLP |
| 8 | 725 S. Figueroa Street |
| 9 | Suite 2500 |
| | Los Angeles, CA  90017 |
| 10 | (213) 689-0404 (telephone) |
| 11 | (213) 689-0430 (fax) |
| | soboa@jacksonlewis.com |
| 12 | |
| 13 | |
| 14 | IT IS SO ORDERED. |
| 15 | |
| 16 | Dated: _____, 2008    _____ |
| 17 | JEFFREY T. MILLER |
| | United States District Court |
| 18 | |

CASE NO. 07-CV-2270-JM (AJB)        2        [PROPOSED] ORDER ON SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC.

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**CASE NAME:** Scherer v. Eddie Bauer, Inc.

**CASE NUMBER:** 07-CV-2270-JM (AJB)

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5408.

On **July 10, 2008,** I served the foregoing document described as: **[PROPOSED] ORDER ON SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC**. in this action by placing a true copy thereof in a sealed envelope addressed as follows:

KALIA PETMECKY, ESQ.  
**AKIN GUMP STRAUSS HAUER & FELD LLP**  
2029 CENTURY PARK EAST, SUITE 2400  
LOS ANGELES, CALIFORNIA 90067  
PHONE: (310) 229-1000  
FAX:

SHELDON A. OSTROFF, ESQ.  
**LAW OFFICES OF SHELDON A. OSTROFF**  
1441 STATE STREET  
SAN DIEGO, CALIFORNIA 92101  
PHONE: (619) 544-0881  
FAX: (619) 544-0892

JAMES C. KOSTAS, ESQ.  
DAVID HUFFMAN, ESQ.  
**HUFFMAN & KOSTAS**  
1441 STATE STREET  
SAN DIEGO, CALIFORNIA 92101  
PHONE: (619) 544-0880  
FAX: (619) 544-0892

☒ **BY MAIL:**

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY NOTICE OF ELECTRONIC FILING:**

The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

---

CASE NO. 07-CV-2270-JM (AJB)   3   [PROPOSED] ORDER ON SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC.

☒ **FEDERAL:**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 10, 2008,** at Los Angeles, California.

                s/   Elizabeth Garcia-Zapata
                **ELIZABETH GARCIA-ZAPATA**

CASE NO. 07-CV-2270-JM (AJB)     4     [PROPOSED] ORDER ON SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC.