```
1  Frank M. Liberatore (SBN 119976)
   JACKSON LEWIS, LLP
2  5000 Birch Street, Suite 5000
   Newport Beach, CA 92660
3  (949) 885-1360 – Office
   (949) 885-1380 – Fax
4
5  Aryn J. Sobo (SBN 231813)
   JACKSON LEWIS LLP
6  725 South Figueroa Street, Suite 2500
   Los Angeles, California 90017-5408
7  (213) 689-0404 - Office
   (213) 689-0430 - Fax
8  Attorneys for Defendant
   EDDIE BAUER, INC.
```

FILED
08 JUL -9 PM 12:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL       DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA


FAXED

| | |
|---|---|
| KRISTAL D. SCHERER, an individual, on behalf of herself individually, all others similarly situated, and on behalf of the general public,<br><br>   Plaintiff,<br><br>vs.<br><br>EDDIE BAUER, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>   Defendants. | CASE NO. 07-CV-2270-JM (AJB)<br><br>[Assigned to the Hon. Jeffrey T. Miller]<br><br>**SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC.** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant EDDIE BAUER, INC. hereby substitutes Frank M. Liberatore, Esq., California State Bar No. 119976, of the law firm of Jackson Lewis LLP, 5000 Birch Street, Suite 5000, Newport Beach, California 92660, (949)885-1360, and Aryn J. Sobo, Esq., California State Bar No. 231813, also of the law firm Jackson Lewis LLP, 725 S. Figueroa Street, Suite 2500, Los Angeles, California 90017, (213)689-0404, as its counsel of record in the place of its present counsel of

---

| CASE NO. 07-CV-2270-JM (AJB) | 1 | SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC. |

record, Kalia C. Petmecky, Esq., California State Bar No. 194094, of the law firm of Akin, Gump, Strauss, Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los Angeles, California 90067, (310)229-1000.

The foregoing substitution is accepted by Defendant Eddie Bauer, Inc. and by its present counsel, Kalia Petmecky.

Dated: July 3, 2008

EDDIE BAUER, INC.

By: _____
Freya Brier, Esq.
Senior Vice President & General Counsel

Dated: July __, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Kalia Petmecky, Esq.

On behalf of Jackson Lewis LLP, I accept the foregoing substitution.

Dated: July 8, 2008

JACKSON LEWIS LLP

By: _____
Frank M. Liberatore

CASE NO. 07-CV-2270-JM (AJB)   2   SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC.

1  record, Kalia C. Petmecky, Esq., California State Bar No. 194094, of the law firm of
2  Akin, Gump, Strauss, Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los
3  Angeles, California 90067, (310)229-1000.
4      The foregoing substitution is accepted by Defendant Eddie Bauer, Inc. and by its
5  present counsel, Kalia Petmecky.

7  Dated:    July __, 2008        EDDIE BAUER, INC.

9                                By: _____
10                                   Freya Brier, Esq.
                                  Senior Vice President & General
11                                   Counsel

13 Dated:    July 7, 2008        AKIN GUMP STRAUSS HAUER & FELD LLP

15                               By: _____
                                  Kalia Petmecky, Esq.

17     On behalf of Jackson Lewis LLP, I accept the foregoing substitution.
18 Dated:    July __, 2008        JACKSON LEWIS LLP

20                               By: _____
                                  Frank M. Liberatore

# PROOF OF SERVICE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME: Scherer v. Eddie Bauer, Inc.

CASE NUMBER: 07-CV-2270-JM (AJB)

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5408.

On **July 9, 2008**, I served the foregoing document described as: **SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC.** in this action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| KALIA PETMECKY, ESQ.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 CENTURY PARK EAST, SUITE 2400<br>LOS ANGELES, CALIFORNIA 90067 | PHONE: (310) 229-1000<br>FAX: |
| SHELDON A. OSTROFF, ESQ.<br>LAW OFFICES OF SHELDON A. OSTROFF<br>1441 STATE STREET<br>SAN DIEGO, CALIFORNIA 92101 | PHONE: (619) 544-0881<br>FAX:   (619) 544-0892 |
| JAMES C. KOSTAS, ESQ.<br>DAVID HUFFMAN, ESQ.<br>HUFFMAN & KOSTAS<br>1441 STATE STREET<br>SAN DIEGO, CALIFORNIA 92101 | PHONE: (619) 544-0880<br>FAX:   (619) 544-0892 |

☒ **BY MAIL:**

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 9, 2008**, at Los Angeles, California.

ELIZABETH GARCIA-ZAPATA

---

CASE NO. 07-CV-2270-JM (AJB)   3   SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC.