# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL D. SCHERER, an individual, on behalf of herself individually, all others similarly situated, and on behalf of the general public,<br><br>  Plaintiff,<br><br>  vs.<br><br>EDDIE BAUER, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO. 07-CV-2270-JM (AJB)<br><br>[Assigned to the Hon. Jeffrey T. Miller]<br><br>**ORDER ON SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC.** |

Defendant EDDIE BAUER, INC. ("Defendant") has submitted a request to substitute its counsel of record in this action. After review of the papers submitted and consideration of the facts contained therein, and good cause appearing therefore, the Court orders as follows:

The request for substitution of counsel is GRANTED. Defendant EDDIE BAUER, INC. shall henceforth be represented in this action for all purposes by the following attorneys of record:

```
FRANK M. LIBERATORE (CA SBN 119976)
JACKSON LEWIS LLP
5000 Birch Street
Suite 5000
Newport Beach, CA  92660
(949) 885-1360 (telephone)
(949) 885-1380 (fax)
liberatf@jacksonlewis.com

ARYN J. SOBO (CA SBN 231813)
JACKSON LEWIS LLP
725 S. Figueroa Street
Suite 2500
Los Angeles, CA  90017
(213) 689-0404 (telephone)
(213) 689-0430 (fax)
soboa@jacksonlewis.com
```

IT IS SO ORDERED.

Dated: July 15, 2008

_____
JEFFREY T. MILLER
United States District Court

CASE NO. 07-CV-2270-JM (AJB)   2   [PROPOSED] ORDER ON SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT EDDIE BAUER, INC.