cal  AS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL SCHERER, An Individual On Behalf of Herself and All Others Similarly Situated, and on Behalf of the General Public,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>EDDIE BAUER, INC., a Delaware Corporation, and DOES 1 through 100, Inclusive,<br><br>　　　　　　　　　Defendants. | Civil No. 07cv2270 JM (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>[Doc. No. 25.] |

　　　The parties filed a joint motion to continue the early neutral evaluation conference set for August 26, 2008.  Good cause appearing, the Court GRANTS the joint motion to continue the early neutral evaluation conference.  The early neutral evaluation conference set for August 26, 2008 shall be vacated and rescheduled to **August 29, 2008 at 1:30 p.m.**

IT IS SO ORDERED.


DATED: July 30, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28