UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL SCHERER, An Individual On Behalf of Herself and All Others Similarly Situated, and on Behalf of the General Public,<br><br>    Plaintiffs,<br>v.<br><br>EDDIE BAUER, INC., a Delaware Corporation, and DOES 1 through 100, Inclusive,<br><br>    Defendants. | Civil No. 07cv2270 JM (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On August 29, 2008, the Court convened an Early Neutral Evaluation Conference. Appearing were James Kostas, Esq., Sheldon Ostroff, Esq., Kristal Scherer and Kristine Ochoco on behalf of plaintiffs; Frank Liberatore, Esq. and Freya Brier on behalf of defendant.

The case did not settle. There is a motion pending in the Central District of California in a related matter which needs to be decided to set the context and completely identify the issues that will go forward in this matter. It is difficult to tell when the ruling will issue. Counsel, and the Court feel it is appropriate to await that decision and then schedule proceedings thereafter.

To monitor this process further, the Court sets a telephonic Case Management Conference for *October 31, 2008 at 10:00 a.m.* Plaintiff's counsel will initiate the call. At that time, further dates and

deadlines will be set as appropriate. Should the Court in Los Angeles rule sooner, counsel may contact the Court to advance the Case Management Conference date.

IT IS SO ORDERED.

DATED: September 4, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court